DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**NMR DESIGN GROUP, LLC,**
Appellant,

v.

**RASHIDAH ALI** and **OWEN C. EDWARDS, JR.,**
Appellees.

No. 4D2025-2171

[January 29, 2026]

Appeal of a nonfinal order from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Jeffrey Levenson, Judge; L.T. Case No. CACE24-004070.

John W. Annesser and Megan Conkey Gonzalez of Annesser Armenteros, PLLC, Coral Gables, for appellant.

Edward F. Holodak of Edward F. Holodak, P.A., Fort Lauderdale, for appellees.

PER CURIAM.

*Affirmed.*

KUNTZ, C.J., CIKLIN and SHAW, JJ., concur.

\*          \*          \*

***Not final until disposition of timely-filed motion for rehearing.***